JOSIAH W. WENTWORTH et al., as Trustees under the Will of
GEORGE V. HECKER, Deceased, Respondents, *v.* JENNIE
BRAUN et al., Respondents.
FERDINAND SULZBERGER, Appellant.

*Wentworth* v. *Braun,* 78 App. Div. 634, affirmed.
(Argued June 3, 1903; decided June 23, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 16, 1903, which affirmed an order of Special Term

directing the appellant herein to complete the purchase of certain premises.

*Charles F. Brown* and *Daniel P. Hays* for appellant.

*Charles B. Samuels* for plaintiffs-respondents.

*Louis Marshall* for American Lithographic Co., et al., defendants-respondents.

Order affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.